415 A.2d 89

**Robert MORRISON, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA STATE POLICE, Appellee.**

Supreme Court of Pennsylvania.

Argued May 23, 1980.

Decided June 18, 1980.

Lawrence J. Neary, Harrisburg, for appellant.

John L. Heaton, Harrisburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Order 47 Pa.Cmwlth. 508, 408 A.2d 575, affirmed.